JAMES G. WILSON, COMPLAINANT AND APPELLANT, *v.* JOSEPH TURNER, JUNIOR, AND JOHN C. TURNER, DEFENDANTS.

The decision of the court in the two preceding cases, namely, that where a patent is renewed under the act of 1836, an assignee under the old patent has a right to continue the use of the machine which he is using at the time of the renewal, again affirmed.

THIS case came up, by appeal, from the Circuit Court of the United States for the District of Maryland, sitting as a court of equity.

The bill was filed by Wilson, as the assignee of William W. Woodworth, the administrator of Woodworth, the patentee, as stated in the report of the preceding case. It set out the patent and assignment, and then prayed for an injunction and account.

The answer referred to the mutual assignment made between Woodworth and Strong on the one part, and Toogood, Halstead, Tyack, and Emmons of the other part, which was recited in the preceding case, and traced title regularly down from these latter parties to the defendants.

A statement of these facts was agreed upon by counsel, and all the documents set forth at length ; and upon this statement, together with the bill and answer, the cause was argued.

At April term, 1845, the court dismissed the bill, and from this decree the case was brought up, by appeal, to this court.

It was argued by *Mr. Phelps* and *Mr. Webster*, for Wilson, the appellant, and *Mr. Schley*, for the appellees, who were the defendants below.

Mr. Justice NELSON delivered the opinion of the court.

The judgment of the court in the previous case of Wilson *v.* Rousseau et al. disposes of the questions in this case, and affirms the decree of the Circuit Court.